# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Bky. Case No. 17-34012

Timothy Allen Meyer,

    Debtor(s).

Chapter 12 Case

## ORDER CONFIRMING CHAPTER 12 PLAN

The debtor has filed a modified plan of reorganization which the court has determined satisfies the requirements for confirmation set forth in 11 U.S.C. § 1225.

    NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Modified Plan filed by the debtor on **September 4, 2018**, and dated **August 31, 2018**, is confirmed.

2. The Court hereby retains jurisdiction to make such other or further orders as may be necessary or appropriate to effectuate the plan and this order.

3. Except as otherwise ordered by the court, all nonexempt property of the estate shall remain property of the estate until the court orders dismissal or conversion of the case or discharge of the debtor.

4. The clerk shall mail copies of this order to all creditors and other parties in interest.

Dated: September 26, 2018

                        */e/ Michael E. Ridgway*
                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/27/2018*
Lori Vosejpka, Clerk, by JS