# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY 17-34012
  Chapter 12
Timothy Meyer,

  Debtors.

## NOTICE OF HEARING AND MOTION FOR APPLICATION FOR APPROVAL OF TRUSTEE'S FEES AND EXPENSES

TO: All parties in interest.

1. Kyle L. Carlson, Chapter 12 Trustee, applies for approval of Trustee's fees and expenses, and provides notice.

2. The court will hold a hearing on this motion at 9:30 a.m. on February 27, 2020 in Courtroom 7 West, 7th Floor, 300 S 4th St, Minneapolis, Minnesota.

3. Any response to this motion must be filed and served by delivery not later than February 22, 2020, which is five days before the time set for hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE APPLICATION IS TIMELY FILED, THE COURT MAY GRANT THE APPLICATION WITHOUT HEARING.

4. This court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. The motion is brought pursuant to 11 U.S.C. §§ 326 & 330.

5. The petition commencing this case was filed on December 29, 2017. Kyle L. Carlson was appointed as Trustee pursuant to 11 U.S.C. §1202(a), and serves on a case-by-case basis. A Chapter 12 Plan was last confirmed on September 29, 2018.

6. To date, Trustee has made total payments in the amount of $85,201.20. The Chapter 12 plan provides that "the debtor(s) shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 trustee as an estimated payment and the trustee shall hold the fee until the trustee's fees and expenses are applied for and approved by the court." Pursuant to 11 U.S.C. §§ 330(a) & 326(b), the Trustee may receive reimbursement for actual, necessary expenses, plus five percent of all payments made under the plan as reasonable compensation for actual, necessary services provided. *See In re Daniels*, case no. 13-30010 (Bankr. W.D. La., Feb. 11, 2016).

7. In connection with the bankruptcy case, the Trustee has performed actual and necessary services in the exercise and furtherance of the Trustee's duties under the Bankruptcy Code, including investigation of the debtor(s) financial affairs, conducting a 341 meeting of creditors, attendance at hearings, negotiations for settlement of the objections/issues to the filed plan(s), receipt and disbursement of the debtor(s)' payments under the confirmed plan, and

reviewing debtors' continuing financial affairs.

   8. The Trustee has not filed any prior applications for fees and expenses in this case. The Trustee currently has available funds on hand in the amount of $4,230.06 to pay the Trustee's fees and expenses.

   9. The Trustee requests $4,260.06 for trustee's fees for actual, necessary services provided by Trustee in this case, which is 5% of the total plan payments made by Trustee. The Trustee also requests $86.70 for actual costs and expenses incurred on behalf of the Trustee during that time, including the following:

| | | |
|---|---|---|
| Copies: | $62.50 | (250 copies x $0.25) |
| Postage: | $24.20 | |
| Total: | $86.70 | |

WHEREFORE, the Trustee requests the Court to enter an Order:

1. Allowing the Trustee compensation in the amount of $4,260.06;
2. Allowing the Trustee expenses in the amount of $86.70;
3. Allowing the Trustee to pay forthwith to the Trustee the sum of $4,260.06 for compensation and $86.70 for reimbursement of expenses.

Dated: February 4, 2020

/s/ Kyle L. Carlson
Kyle L. Carlson
Chapter 12 & 13 Trustee
PO Box 519
Barnesville, MN 56514
218-354-7356

## VERIFICATION

I, Kyle L. Carlson, chapter 12 trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 4, 2020

/s/ Kyle L. Carlson
Kyle L. Carlson, Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 17-34012 |
| | Chapter 12 |
| Timothy Meyer, | |
|       Debtors. | |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned, being an employee of the chapter 12 trustee, declares that on the date indicated below, I served the attached NOTICE OF HEARING AND MOTION FOR APPLICATION FOR APPROVAL OF TRUSTEE'S FEES AND EXPENSES upon all entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

    Timothy Meyer
    38632 390TH AVE
    HERON LAKE, MN 56137

    U.S. ATTORNEY
    U.S. COURTHOUSE
    300 S 4TH STREET
    SUITE 600
    MINNEAPOLIS, MN 55415

    ALL CREDITORS ON ATTACHED MATRIX

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 4, 2020

                                              <u>/s/ Jamie Swenson</u>
                                              Jamie Swenson
                                              Chapter 12 Office

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY 17-34012 |
| | Chapter 12 |
| Timothy Meyer, | |
| Debtors. | |

## ORDER

The above-entitled matter came before the undersigned United States Bankruptcy Judge with respect to the fee application for compensation and expenses of the Chapter 12 Trustee.

IT IS ORDERED THAT:

1. Trustee is allowed compensation in the amount of $4,260.06;

2. Trustee is allowed reimbursement of expenses in the amount of $86.70;

3. Trustee is authorized to pay forthwith to the Trustee the sum of $4,260.06 for compensation and $86.70 for reimbursement of expenses.

Dated:

United States Bankruptcy Judge

```
Label Matrix for local noticing          Cargill, Inc.                              Dunlap & Seeger, P.A.
0864-3                                    2509 E. 45th Streete N.                    30 3rd Street SE, Suite 400
Case 17-34012                             Sioux Falls, SD 57104                      PO Box 549
District of Minnesota                                                                Rochester, MN 55903-0549
St Paul
Tue Feb  4 11:43:39 CST 2020

Dunlap & Seeger, P.A.                     Hawkins Ash CPAs                           United Prairie Bank
P.O. Box 549                              3720 Nottingham Dr NW                      10 Firestone Drive
Rochester, MN 55903-0549                  Suite 100                                  Suite
                                          Rochester, MN 55901-3199                   #100
                                                                                     Mankato, MN 56001-7036

St Paul                                   Bank of America                            Bank of America
200 Warren E Burger Federal Building and  NC4-105-03-14                              PO Box 15796
US Courthouse                             PO Box 26012                               Wilmington DE 19886-5796
316 N Robert St                           Greensboro NC 27420-6012
St Paul, MN 55101-1465

(p)BANK OF AMERICA                        Cargill Inc                                Cargill, Inc.
PO BOX 982238                             PO Box 766                                 2509 E 54th St N,
EL PASO TX 79998-2238                     Pipestone MN 56164-0766                    Sioux Falls, SD 57104-5563


Cargill, Incorporated                     Discover                                   Discover Bank
Attn Lynne Benson                         PO Box 3025                                Discover Products Inc
15407 McGinty Road West                   New Albany OH 43054-3025                   PO Box 3025
Wayzata, MN 55391-2399                                                               New Albany, OH 43054-3025


Hartberg Medical Clinic                   Internal Revenue Service                   Lincare Inc
2170 Hospital Dr                          PO Box 7346                                PO Box 1817
Windom MN 56101-1287                      Philadelphia PA 19101-7346                 North Sioux City SD 57049-1817


Lindquist & Vennum LLP                    Louise M Meyer                             Lynne Benson
Attn: Charles Nelson                      38632 390th Ave                            Cargill, Incorporated
80 S Eighth St                            Heron Lake MN 56137-2038                   15407 McGinty Road West
Minneapolis MN 55402-2274                                                            Wayzata, MN 55391-2399


MN Dept of Revenue                        PHI Financial Services                     Sanford
551 Bankruptcy Section                    7100 NW 62 Ave                             PO Box 5074
PO Box 64447                              PO Box 1050                                Sioux Falls SD 57117-5074
Saint Paul MN 55164-0447                  Johnston IA 50131-9415


Sanford Home Medical Equipment            State of Minnesota, Department of Revenue  Tim Meyer Trucking LLC
585 2nd Ave N                             Minnesota Revenue                          38632 390th Ave
Windom MN 56101-1927                      PO Box 64447-BKY                           Heron Lake MN 56137-2038
                                          St Paul, MN 55164-0447


US Trustee                                United Prairie Bank                        Windom Area Hospital
1015 US Courthouse                        Jeffrey A Peterson                         PO Box 339
300 S 4th St                              1010 W St Germain Ste 500                  Windom MN 56101-0339
Minneapolis, MN 55415-3070                St Cloud MN 56301-4162
```

| | | |
|---|---|---|
| Kyle Carlson<br>PO Box 519<br>Barnesville, MN 56514-0519 | Paul W. Bucher<br>Dunlap & Seeger<br>30 Third Street SE, Suite 400<br>PO Box 549<br>Rochester, MN 55903-0549 | Timothy Arlen Meyer<br>38632 390th Ave<br>Heron Lake, MN 56137-2038 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982234
El Paso TX 75285-1001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Peterson & Associates Auctions | (d)Cargill Incorporated<br>PO Box 766<br>Pipestone MN 56164-0766 | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     2<br>Total                  34 |